**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 10, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-30344

MOSES S ABELMAN; LOLA ABELMAN

Plaintiffs - Appellees - Cross-Appellants

v.

BILLIE R WRIGHT; CALIBER ONE INDEMNITY CO

Defendants - Appellants - Cross-Appelles

--------------------
Appeal from the United States District Court
for the Western District of Louisiana, Lake Charles
USDC No. 00-CV-2054
--------------------

Before KING, Chief Judge, and REAVLEY and STEWART, Circuit
Judges.

PER CURIAM:[*]

Both parties appeal the district court's denial of their
respective motions for judgment as a matter of law.  We agree
with the magistrate judge's disposition of those motions set out
in his Memorandum Ruling entered February 28, 2002.

The judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.